EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. **CR05 00167 SOM** |
| Plaintiff, | ) ) | INDICTMENT |
| vs. | ) ) ) ) | [21 U.S.C. Sections 841(a)(1), 841(b)(1)(A) 841(b)(1)(B) and 841(b)(1)(C)] |
| GETHSEMANE PITA, also  (01) known as "Mane," AL NEEMIA, also known  (02) as "Kriminal," | ) ) ) ) ) | |
| Defendants. | ) ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about July 7, 2004, in the District of Hawaii, Defendant GETHSEMANE PITA, also known as "Mane," did knowingly

and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, to wit, approximately 55.7 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges that:

On or about March 10, 2005, in the District of Hawaii, Defendant GETHSEMANE PITA, also known as "Mane," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, to wit, approximately 2.999 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges that:

On or about March 15, 2005, in the District of Hawaii, Defendant GETHSEMANE PITA, also known as "Mane," did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts,

optical and geometric isomers, and salts of isomers, which contains cocaine base, to wit, approximately 28 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 4

The Grand Jury further charges that:

On or about March 23, 2005, in the District of Hawaii, Defendant GETHSEMANE PITA, also known as "Mane," did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, to wit, approximately 55.8 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 5

The Grand Jury further charges that:

On or about April 1, 2005, in the District of Hawaii, Defendant GETHSEMANE PITA, also known as "Mane," did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, to wit, approximately 55.76 grams of cocaine base, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 6

The Grand Jury further charges that:

On or about April 12, 2005, in the District of Hawaii, Defendant GETHSEMANE PITA, also known as "Mane," did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, to wit, approximately 140.7 grams (gross weight), of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 7

The Grand Jury further charges that:

On or about April 12, 2005, in the District of Hawaii, Defendants GETHSEMANE PITA, also known as "Mane," and AL NEEMIA, also known as "Kriminal," did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, to wit, approximately 176.7 grams (gross weight), of cocaine base, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

DATED: _____APR 2 1 2005_____, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Gethsemane Pita, et al.
"Indictment"
Cr. No. _____

5