EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00167-02 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| AL NEEMIA,      (02) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Al Neemia on the grounds that the defendant has been sentenced pursuant to an Information, Cr. No. 05-00380 JMS.

The defendant is in custody on the dismissed charge(s) listed above.

DATED:  January 30, 2006, at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
>
> By  /s/ Beverly Wee Sameshima
>    BEVERLY WEE SAMESHIMA
>    Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 1, 2006.

> J. Michael Seabright
> United States District Judge

UNITED STATES v. AL NEEMIA
Cr. No. 05-00167-02 JMS
"Order for Dismissal"